UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                          CASE NO.: 2:23-cr-10-SPC-NPM

LOUIS MICHAEL PASQUAZZI

## **PRELIMINARY ORDER OF FOREFEITURE**[1]

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. (Doc. 46). Now that Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting his interest in:

1. a SCCY industries, LLC (SKYY IND.) 9mm pistol, model: CPX-2, serial number: 402744;

2. a Taurus 9mm pistol, model: G3, serial number: ACL513480;

3. a Masterpiece Arms 9mm pistol, model: DEFENDER, serial number: FX30197;

4. a Marlin Firearms Co., .22 caliber rifle, model: 60, serial number: 70274651;

5. a Ruger 556 caliber rifle, model: AR-556, serial number: 855-63788; and

6. assorted ammunition seized from the defendant on or about July 12, 2022.

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

*See* 18 U.S.C. § 924(d), 21 U.S.C. § 853(a)(2), 28 U.S.C. § 2461(c); Fed. R. Crim. P. 32.2(b)(2). In so moving, the Government has connected the:

1. a SCCY industries, LLC (SKYY IND.) 9mm pistol, model: CPX-2, serial number: 402744;

2. a Taurus 9mm pistol, model: G3, serial number: ACL513480;

3. a Masterpiece Arms 9mm pistol, model: DEFENDER, serial number: FX30197;

4. a Marlin Firearms Co., .22 caliber rifle, model: 60, serial number: 70274651;

5. a Ruger 556 caliber rifle, model: AR-556, serial number: 855-63788; and

6. assorted ammunition seized from the defendant on or about July 12, 2022.

to the adjudicated offense. The Court thus grants United States' motion.

Accordingly, it is

**ORDERED**:

The United States' Motion for Preliminary Order of Forfeiture (Doc. 46) is **GRANTED**.

1. Defendant's interest in **(a)** a SCCY industries, LLC (SKYY IND.) 9mm pistol, model: CPX-2, serial number: 402744; **(b)** a Taurus 9mm pistol, model: G3, serial number: ACL513480; **(c)** a Masterpiece Arms 9mm pistol, model: DEFENDER, serial number: FX30197; **(d)** a Marlin Firearms Co., .22 caliber rifle, model: 60, serial number:

70274651; **(e)** a Ruger 556 caliber rifle, model: AR-556, serial number: 855-63788; and **(f)** assorted ammunition seized from the defendant on or about July 12, 2022 is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law and subject to 18 U.S.C. § 924(d), 21 U.S.C. § 853(a)(2), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2).

2. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the asset.

**DONE AND ORDERED** in Fort Myers, Florida on June 9, 2023.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record

3