UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.     CASE NO.: 2:23-cr-10-SPC-NPM

LOUIS MICHAEL PASQUAZZI

## FINAL ORDER OF FORFEITURE

Before the Court is the United States' Motion for Final Order of Forfeiture. (Doc. 54). Now that Defendant has been adjudicated guilty, the Government seeks a final order forfeiting his interest in the following assets, which were subject to a June 9, 2023 Preliminary Order of Forfeiture (Doc. 48):

1. a SCCY industries, LLC (SKYY IND.) 9mm pistol, model: CPX-2, serial number: 402744

2. a Taurus 9mm pistol, model: G3, serial number: ACL513480

3. a Masterpiece Arms 9mm pistol, model: DEFENDER, serial number: FX30197

4. a Marlin Firearms Co., .22 caliber rifle, model: 60, serial number: 70274651

5. a Ruger 556 caliber rifle, model: AR-556, serial number: 855-63788

6. assorted ammunition seized from the defendant on or about July 12, 2022

Although the Government gave proper notice, no third parties have petitioned for or claimed interest to any asset identified above, and the time to

do so has expired. The Court thus will forfeit all right, title, and interest in the above assets to the Government.

Accordingly, it is

**ORDERED**:

The United States' Motion for Final Order of Forfeiture (Doc. 54) is **GRANTED**.

1. Defendant's interest in the assets identified on page one of this Order is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law and subject to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2).

2. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the asset.

**DONE AND ORDERED** in Fort Myers, Florida on August 16, 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record